**Vicki A. LINDSEY, Plaintiff–Appellant,**

v.

**HIGHWOODS REALTY LIMITED PARTNERSHIP; HRLP NC VA, L.P.; Highwoods Properties, Inc.; Western Industries–South, LLC; John Doe # 1, Defendants–Appellees.**

No. 14–1372.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 25, 2014.

Vicki A. Lindsey, Appellant Pro Se. Janeen Beth Koch, Kalbaugh, Pfund & Messersmith, PC, Richmond, Virginia; Alison Wright Feehan, Kutak Rock, LLP, Richmond, Virginia; Daniel Jay Gerber, Rumberger Kirk & Caldwell, Orlando, Florida, for Appellees.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vicki A. Lindsey appeals from the district court's orders denying her fifth motion to set aside the judgment, her motion to recuse the district court judge, and her motion for reconsideration. By these motions, Lindsey sought to challenge the district court's February 2012 order granting

summary judgment for the Defendants in her action alleging premises liability and negligent application of a banned substance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lindsey v. Highwoods Realty Ltd. P'ship,* No. 3:11–cv–00447–HEH–DJN (E.D.Va. Mar. 20, 2014 & Apr. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*